AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Garrity, James L. | U.S. Bankruptcy Court -- Southern District New York | 02/23/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge -- Active | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final | 01/01/2020 **to** 12/31/2020 |
| | **5b.** ☑ Amended Report | |

**7. Chambers or Office Address**

United States Bankruptcy Court
One Bowling Green
New York, New York 10004

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer | Lincoln Hall Boys' Haven |
| 2. | Officer | Lincoln Hall Foundation |
| 3. | Co-executor | Estate |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Shearman & Sterling Employee Pension Plan -- Defined Benefit Pension Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garrity, James L.** | 02/23/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2020 | Shearman & Sterling Employee Pension Plan - Defined Benefit Pension Plan | $41,419.32 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 02/23/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 02/23/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Citibank, NA Savings, Checking, Money Market | B | Interest | L | T | | | | | |
| 2. | Uniform Trans. to Minors Accout (H) | | | | | | | | | |
| 3. | -- Invesco Global Core Equity Fund Class A (Y) | | | | | | | | | |
| 4. | -- Eaton Vance Tax Managed Grouwth Fund 1.1 Class A (Y) | | | | | | | | | |
| 5. | -- Wells Fargo Asset Allocation (Y) | | | | | | | | | |
| 6. | 529 Plan Account -- JP Morgan 529 College Age-Based Portfolio C | C | Dividend | M | T | | | | | |
| 7. | Shearman & Sterlng HR 10 -- Tax Qualified Defined Contribution Plan | | None | O | T | | | | | |
| 8. | Morgan Lewis Bockius LLP -- Defined Contribution Plan VTWNX | D | Int./Div. | | | Sold | 11/10/20 | M | | |
| 9. | Vanguard Target Retirement 2020 Fund (VTWNX) | C | Int./Div. | M | T | Buy | 11/10/20 | M | | |
| 10. | Shearman & Sterling 401(k) (H) | | | | | | | | | |
| 11. | -- Wellington Vanguard | B | Int./Div. | K | T | | | | | |
| 12. | -- TRP Stable Value Fund Sch. A | A | Int./Div. | K | T | | | | | |
| 13. | IShares Silver Tr ET SLV | | None | K | T | | | | | |
| 14. | IShares ET US Preferred | C | Dividend | L | T | | | | | |
| 15. | IShares ET Int'l Select Dividend | B | Dividend | K | T | | | | | |
| 16. | IShares MSCI Brazil ET Capped | A | Dividend | K | T | | | | | |
| 17. | IShares Select ET Dividend | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 02/23/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | IShares ETF Core S&P | A | Interest | K | T | | | | | |
| 19. | Vaneck Vectors JR Gold Miners | A | Dividend | K | T | | | | | |
| 20. | SPDR Dow Jones Indl ET Average ETF TR | C | Dividend | M | T | | | | | |
| 21. | SPDR Gold Trust ET | | None | M | T | | | | | |
| 22. | SPDR S&P Midcap 400 ET Trust Series N | C | Dividend | N | T | | | | | |
| 23. | SPDR S&P 500 Trust ET SPY | D | Dividend | O | T | | | | | |
| 24. | Oyster Bay NY G/O LttdCPN 3.250% Due 8/1/20 | A | Interest | | | Redeemed | 08/03/20 | K | | |
| 25. | NYS MTG AGY REV NY ST HIGH ED FIN AUTH Due 11/1/20 | A | Interest | | | Redeemed (part) | 04/20/20 | J | | |
| 26. | | | | | | Redeemed (part) | 05/01/20 | J | | |
| 27. | | | | | | Redeemed | 11/02/20 | J | | |
| 28. | Yonkers NY Sch Ser D G/O Ltd 2.750% | A | Interest | K | T | | | | | |
| 29. | Orangetown NY Pub Imp Ser CPN 2.000% due 2/1/22 | A | Interest | K | T | | | | | |
| 30. | Rockland Co NY VAR Purp Ser CPN 4.000% Due 10/15/22 | A | Interest | K | T | | | | | |
| 31. | Puerto Rico Pub Bldgs Auth CPN 5.250% due 7/1/23 | A | Interest | J | T | | | | | |
| 32. | Oyster Bay NY G/O Ltd CPN 3.250% due 8/1/24 | A | Interest | K | T | | | | | |
| 33. | Ramapo NY Pub Impt Ser A G/O CPN 3.625% due 5/15/25 | A | Interest | K | T | | | | | |
| 34. | Metro Trans Auth NY Rev Trans Ser D CPN 5.000% due 11/15/25 | A | Interest | | | Redeemed | 11/16/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 02/23/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | New York NY City Transitional FN Fiscal 2013 Due 7/15/37 | A | Interest | K | T | | | | | |
| 36. | Metr Trans Auth NY Rev Transn Ser A CPN 5.000% Due 11/15/37 | B | Interest | K | T | | | | | |
| 37. | Barlclay BAn PLC Step Up CPNMedium Term Note CPN 4.500% Due 7/9/20 | B | Interest | | | Redeemed | 07/09/20 | K | | |
| 38. | First Eagle FDS Inc Global FD CL 1 SGIX | B | Dividend | M | T | | | | | |
| 39. | First Eagle SOCGEN Global FD CL C FESGX Held in Margin | A | Interest | L | T | | | | | |
| 40. | IVY FDS Inc Asset Strategy FD CL 1 | B | Dividend | L | T | | | | | |
| 41. | JP Morgan Equity Income Fund CL A | B | Dividend | M | T | | | | | |
| 42. | Pioneer Fundemental Growth FD | A | Dividend | M | T | | | | | |
| 43. | Wells Fargo Advantage FDS - Asset Allocation FD Class C | A | Dividend | M | T | | | | | |
| 44. | Cohen & Steers Select PFD & Income FD Inc | C | Dividend | L | T | | | | | |
| 45. | Nuveen NY AMT FRE Municipal Income Fund NRK | B | Dividend | L | T | | | | | |
| 46. | American Funds -- Washinngton Mutual Investors Fund | C | Dividend | K | T | | | | | |
| 47. | Schodack NY Central Shool District Fund | A | Interest | K | T | | | | | |
| 48. | Oyster Bay NY Pub Impt 3% due 3/1/24 | B | Interest | L | T | | | | | |
| 49. | HSBC Bank USA Cpn 1.250% 7/27/21 | B | Interest | M | T | | | | | |
| 50. | Montgomery CntyNY Cap. 3.37% due 9/1/32 | B | Interest | K | T | | | | | |
| 51. | New York NY City Hsg Dev. Corp 5% due 07/01/25 | B | Interest | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Garrity, James L.** | 02/23/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. New York NY for previous issue 5% due 3/1/27 | B | Interest | L | T | | | | | |
| 53. NYS Dorm Auth Sales Tax 5% due 3/15/38 | B | Interest | L | T | | | | | |
| 54. Monroe Cnty NY Pub Impt G/O Assured Gur CPN 4% Due 6/1/21 | B | Interest | | | Redeemed | 07/16/20 | K | | |
| 55. NewYorkSTUrbanDevCorpSTPerslIncTaxSerA CPN3.5%Due 3/15/20 | A | Interest | | | Redeemed | 04/16/20 | K | | |
| 56. NewYork ST HSG RevAffd HSG CPN2.200%Due 5/1/22 | A | Interest | K | T | | | | | |
| 57. EVANS NY BOS 2018 CPN 3.0% Due 5/15/23 | B | Interest | L | T | | | | | |
| 58. NEW YORK ST TWY 2ndGen HwyBrdg CPN 5.0% Due 4/1/26 | B | Interest | K | T | | | | | |
| 59. NEW YORK ST TWY Pers Inc. CPN 5.0% Due 3/15/28 | B | Interest | L | T | | | | | |
| 60. New York St. Dorm Auth Pers Inc TaxGen Purp CPN 5.0% Due 6/15/31 | B | Interest | L | T | | | | | |
| 61. New York St. Dorm Auth Pers Inc RevGen CPN 5.0% Due 2/15/38 | B | Interest | L | T | | | | | |
| 62. New York NY For Previous IssuesSee 649667 CPN 5.000%Due 10/1/39 | A | Interest | K | T | Buy | 08/28/20 | K | | |
| 63. Mizrahi Tafahot Bank CD | A | Interest | | | Redeemed | 01/06/20 | M | | |
| 64. US Treasury Bill Due 7/02/20 | B | Interest | | | Buy | 01/08/20 | M | | |
| 65. | | | | | Redeemed | 07/02/20 | M | | |
| 66. Discover Bank CD Greenwood DE CPN 2.350% Due 2/24/20 | A | Interest | | | Redeemed | 02/24/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Garrity, James L. | 02/23/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I -- Estate identified in Part I does not hold any reportable assets.

Part VII -- Shearman & Sterling HR 10 -- The reports that I recieve on this account do not provide a break down of the income attributable to the assets in the fund. I attempted to get that information but was unable to obtain it. I understand that for purposes of this report, there is a distinction between income and value. Again, I was not able to obtain the information.

Part VII -- Sold VTWNX under the Defined Contribution Plan on line 8 and subsequently purchased the same fund as reflected on line 9.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James L. Garrity**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544